Matter of Pine v Kirk (2025 NY Slip Op 05409)

Matter of Pine v Kirk

2025 NY Slip Op 05409

Decided on October 3, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on October 3, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., CURRAN, OGDEN, GREENWOOD, AND HANNAH, JJ.

728 CAF 24-00593

[*1]IN THE MATTER OF STEPHEN C. PINE, PETITIONER-APPELLANT,
v
JEAN M. KIRK, RESPONDENT-RESPONDENT. 

CHARLES J. GREENBERG, AMHERST, FOR PETITIONER-APPELLANT.
RYAN JAMES MULDOON, AUBURN, FOR RESPONDENT-RESPONDENT. 

 Appeal from an order of the Family Court, Seneca County (Barry L. Porsch, J.), entered March 26, 2024, in a proceeding pursuant to Family Court Act article 6. The order dismissed the petition for modification of an order of custody and visitation with respect to the subject child. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.
Entered: October 3, 2025
Ann Dillon Flynn
Clerk of the Court